### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Marla J. Green  
     <u>Debtor</u>

CHAPTER 11

BKY. NO. 16-15344 ELF

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

  Kindly enter my appearance on behalf of M&T Bank, and index same on the master mailing list.

Re: Loan # Ending In: 4084

              Respectfully submitted,

              **/s/Joshua I. Goldman, Esquire**  
              Joshua I. Goldman, Esquire  
              Thomas Puleo, Esquire  
              KML Law Group, P.C.  
              701 Market Street, Suite 5000  
              Philadelphia, PA 19106-1532  
              (215) 825-6306  FAX (215) 825-6406