STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| In Re:<br>    Marla J. Green<br>    aka Marla Green DiDio<br>    dba Results the Gym Peak Performance V | Chapter 11<br><br>Case Number: 16-15344-ELF |
|---|---|

## **NOTICE OF APPEARANCE**

M&T Bank [1], a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List[2]:

William E. Miller, Esquire
***STERN & EISENBERG, PC***
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976

DATED THIS 11TH DAY OF AUGUST, 2016.

By:    /s/William E. Miller, Esquire
         ☑   William E. Miller, Esquire
         Stern & Eisenberg, PC
         1581 Main Street, Suite 200
         The Shops at Valley Square
         Warrington, PA 18976
         Phone: (215) 572-8111
         Facsimile: (215) 572-5025
         Bar Number: 308951
         wmiller@sterneisenberg.com

---

1  Full title of Creditor is as follows: M&T Bank.
2  For reference, the property address associated with the undersigned's representation is 7507 Bayshore Drive, Margate, NJ 08402.

# **CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that a true and correct copy of the within Entry of Appearance and this Certificate, was sent to the Debtor(s), Counsel and the Trustee and all other required parties in accordance with the Rules of Bankruptcy Procedure on the date set forth below.

Marla J. Green
aka Marla Green DiDio
dba Results the Gym Peak Performance V
1320 Monk Road
Gladwyne, PA 19035

U.S. Trustee
United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Carol B. McCullough
McCullough Eisenberg, LLC
65 West Street Road
Suite A-204
Warminister, PA 18974

                                                           Respectfully Submitted:

                                                           Stern & Eisenberg, PC

                        By:    /s/ William E. Miller, Esquire
                                  ☑ William E. Miller, Esquire
                                   Stern & Eisenberg, PC
                                   1581 Main Street, Suite 200
                                   The Shops at Valley Square
                                   Warrington, PA 18976
                                   Phone:  (215) 572-8111
                                   Facsimile:  (215) 572-5025
                                   Bar Number:  308951
                                   wmiller@sterneisenberg.com

Date:  August 11, 2016