IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 11

MARLA GREEN : CASE NO. 16-15344 ELF

## ORDER GRANTING EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENTS

AND NOW, this 12th day of August, 2016, upon consideration of the within APPLICATION FOR EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENTS, it is hereby

ORDERED that the said APPLICATION is and it is hereby GRANTED, and the date by which Debtor's must file schedules and statements is extended to **August 25, 2016**.

_____
UNITED STATES BANKRUPTCY JUDGE
**ERIC L. FRANK**