United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Marla J. Green  
     Debtor

Case No. 16-15344-elf  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Aug 12, 2016  
Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2016.  
db        +Marla J. Green,   1320 Monk Road,   Gladwyne, PA 19035-1313

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2016                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2016 at the address(es) listed below:  
      CAROL B. MCCULLOUGH    on behalf of Debtor Marla J. Green mcculougheisenberg@gmail.com,  
       G25217@notify.cincompass.com  
      CSU - OUCTS, PA Department of Labor and Industry    ra-li-beto-bankreading@state.pa.us  
      DAVE P. ADAMS    on behalf of U.S. Trustee    United States Trustee dave.p.adams@usdoj.gov  
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,  
       bkgroup@kmllawgroup.com  
      STUART A. EISENBERG    on behalf of Debtor Marla J. Green mcculougheisenberg@gmail.com,  
       mlawoffice@aol.com  
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM EDWARD MILLER    on behalf of Creditor    M&T Bank wmiller@sterneisenberg.com,  
       nmiller@sterneisenberg.com  
                                                                      TOTAL: 7

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 11

MARLA GREEN : CASE NO. 16-15344 ELF

## ORDER GRANTING EXTENSION OF TIME
## TO FILE SCHEDULES AND STATEMENTS

AND NOW, this 12th day of August, 2016, upon consideration of the within APPLICATION FOR EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENTS, it is hereby

ORDERED that the said APPLICATION is and it is hereby GRANTED, and the date by which Debtor's must file schedules and statements is extended to **August 25, 2016**.

_____
UNITED STATES BANKRUPTCY JUDGE
**ERIC L. FRANK**