# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **CASE NO. 16-15344-elf** |
| | : | |
| **MARLA GREEN,** | : | **CHAPTER 11** |
| | : | |
| **Debtor** | : | |

## ORDER AUTHORIZING DEBTOR TO EMPLOY COUNSEL

AND NOW, to wit: this _____ day of _____, 2016, upon consideration of the Application of Debtor, Marla Green, to Employ Counsel, any responses thereto, any hearing on the matter, and for good cause shown it is hereby

**ORDERED AND DECREED** that the Debtor is authorized to employ McCullough Eisenberg, LLC, as its legal counsel in this bankruptcy proceeding, and it is

**FURTHER ORDERED AND DECREED** that McCullough Eisenberg, LLC is permitted to represent Debtor, Marla Green, in this bankruptcy proceeding matter, and it is

**FURTHER ORDERED AND DECREED** that fees for McCullough Eisenberg, LLC shall be subject to Court approval.

BY THE COURT:

_____