# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CASE NO. 16-15344-elf |
| | : | |
| MARLA GREEN, | : | CHAPTER 11 |
| | : | |
| Debtor | : | |

## ORDER AUTHORIZING DEBTOR TO EMPLOY COUNSEL

AND NOW, this 26th day of August, 2016, upon consideration of the Application of Debtor, Marla Green, to Employ Counsel, any responses thereto, any hearing on the matter, and for good cause shown it is hereby

**ORDERED** that the Debtor is authorized to employ McCullough and Eisenberg as her legal counsel in this bankruptcy case, and it is

**FURTHER ORDERED** that all compensation and reimbursement of expenses for McCullough and Eisenberg, LLC shall be subject to Court approval.

_____
ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE