## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:       MARLA GREEN         :      Chapter 11
:
              Debtor        :      Bky. No. 16-15344 ELF

## O R D E R

AND NOW, pursuant to 11 U.S.C. §105(d)(1), (2), it is hereby **ORDERED** that a Status Hearing is scheduled on **September 28, 2016, at 11:00 a.m., in Bankruptcy Courtroom No. 1, Second Floor, U.S. Courthouse, 900 Market Street, Philadelphia, Pennsylvania.**

Date: August 26, 2016

**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**