United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-15344-elf
Marla J. Green                                                          Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2       User: ChrissyW            Page 1 of 1            Date Rcvd: Aug 26, 2016
                           Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2016.
db             +Marla J. Green,    1320 Monk Road,    Gladwyne, PA 19035-1313

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2016 at the address(es) listed below:
     CAROL B. MCCULLOUGH    on behalf of Debtor Marla J. Green mcculloughesienberg@gmail.com, G25217@notify.cincompass.com
     CSU - OUCTS, PA Department of Labor and Industry    ra-li-beto-bankreading@state.pa.us
     DAVE P. ADAMS    on behalf of U.S. Trustee    United States Trustee dave.p.adams@usdoj.gov
     JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
     JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
     STUART A. EISENBERG    on behalf of Debtor Marla J. Green mcculloughesienberg@gmail.com, mlawoffice@aol.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM EDWARD MILLER    on behalf of Creditor    M&T Bank wmiller@sterneisenberg.com, nmiller@sterneisenberg.com
                                                                 TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| In re: | : | CASE NO. 16-15344-elf |
|---|---|---|
| MARLA GREEN, | : | CHAPTER 11 |
| Debtor | : | |

## ORDER AUTHORIZING DEBTOR TO EMPLOY COUNSEL

AND NOW, this 26th day of August, 2016, upon consideration of the Application of Debtor, Marla Green, to Employ Counsel, any responses thereto, any hearing on the matter, and for good cause shown it is hereby

**ORDERED** that the Debtor is authorized to employ McCullough and Eisenberg as her legal counsel in this bankruptcy case, and it is

**FURTHER ORDERED** that all compensation and reimbursement of expenses for McCullough and Eisenberg, LLC shall be subject to Court approval.

_____
**ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE**