United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Marla J. Green  
    Debtor

Case No. 16-15344-elf  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: ChrissyW      Page 1 of 1      Date Rcvd: Aug 26, 2016  
                Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2016.  
db         +Marla J. Green,    1320 Monk Road,    Gladwyne, PA 19035-1313

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2016      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2016 at the address(es) listed below:
       CAROL B. MCCULLOUGH    on behalf of Debtor Marla J. Green mcculloughfeisenberg@gmail.com, G25217@notify.cincompass.com  
       CSU - OUCTS, PA Department of Labor and Industry     ra-li-beto-bankreading@state.pa.us  
       DAVE P. ADAMS    on behalf of U.S. Trustee    United States Trustee dave.p.adams@usdoj.gov  
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
       STUART A. EISENBERG    on behalf of Debtor Marla J. Green mcculloughfeisenberg@gmail.com, mlawoffice@aol.com  
       United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM EDWARD MILLER    on behalf of Creditor    M&T Bank wmiller@sterneisenberg.com, nmiller@sterneisenberg.com  
     TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | MARLA GREEN | : | Chapter 11 |
| | | : | |
| | Debtor | : | Bky. No. 16-15344 ELF |

# O R D E R

AND NOW, pursuant to 11 U.S.C. §105(d)(1), (2), it is hereby **ORDERED** that a Status Hearing is scheduled on **September 28, 2016, at 11:00 a.m., in Bankruptcy Courtroom No. 1, Second Floor, U.S. Courthouse, 900 Market Street, Philadelphia, Pennsylvania.**

Date:  August 26, 2016

ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE