B2810 (Form 2810) (12/15)

# United States Bankruptcy Court

Eastern District Of Pennsylvania

In re Marla J. Green, Case No. 16-15344-elf
Debtor(s)

### APPEARANCE OF CHILD SUPPORT CREDITOR*
### OR REPRESENTATIVE

I certify under penalty of perjury that I am a child support creditor* of the above-named debtor, or the authorized representative of such child support creditor, with respect to the child support obligation which is set out below.

Name: JAMES DIDIO
Organization:
Address: 800 Mill Creek Road
Gladwyn, PA 19035
Telephone Number: 215-651-5111

09/07/2016     BY: /s/ Andrew Teitelman
Date              Andrew Teitelman, Esquire*
                  Attorney for James DiDio

---

**Summary of Child Support Obligation**

| Amount in arrears: | If Child Support has been assigned: |
|---|---|
| $ 9,788.30** | Amount of Support which is owed under assignments: $ |
| Amount currently due per week or per month: on a continuing basis: | |
| $ 1,957.66 per month  (per week) (per month) | Amount owed primary child support creditor (balance not assigned): $ |

**Attach an itemized statement of account. Do not disclose the name of a minor child. See 11 U.S.C. § 112. If a social security number or a taxpayer identification number is included, set out only the last four digits of the number**. **Judicial Conference Privacy Policy (09/01).**

---

* Law Offices of Andrew Teitelman P.C.
380 Red Lion Road, Ste. 103
Huntingdon Valley, PA 19006
P: 267-255-6864
F: 215-434-7491
Email: ateitelman@teitelaw.com

**The total monthly obligation of Debtor to James DiDio is $6,831.08, of which $4,871.42 is for spousal support and $1,957.66 is for child support. The total combined support arrears owed by Debtor to Mr. DiDio is $72,811.98, of which $62,998.18 is for spousal support, for which Mr. DiDio will also file a proof of claim in this matter.

## In the Court of Common Pleas of MONTGOMERY County, Pennsylvania
### DOMESTIC RELATIONS SECTION

| | |
|---|---|
| JAMES DIDIO<br>Plaintiff | ) PACSES Case Number: 985114925<br>)<br>) Date: 8/12/16 |
| vs.<br>MARLA GREEN<br>Defendant | )<br>)<br>) Designated Judge: BARRETT |

### CIVIL CONTEMPT CONFERENCE SUMMARY

**CHILD (REN):**
REDACTED

**CURRENT ORDER(S)**
- Current Obligation:    $ 6,831.08 ($1957.66 C/S + $4871.42 SP $2 MO/ ARREARS)
- Effective Date:    10/3/14
- Modification Date:    NONE

**LAST THREE PAYMENTS**
- 3/4/16 $1957.66 VOLUNTARY
- 2/9/16 $1957.66 VOLUNTARY
- 11/24/15 $15,000 INVOLUNTARY

**ARREARS BALANCE**
$ 72,811.98 ($72,776.48 DUE PLAINTIFF ($9788.30 C/S AND $62,988.18 FOR SPOUSAL $36.50 FEE)

**NUMBER OF BENCH WARRANTS**
0

**DEFENDANT ASSET/EMPLOYMENT INFORMATION**
- CAR: UNKNOWN
- PHONE: :
- RENT/MORTGAGE:: $20,000/MO MORTGAGE FOR 3 PROPERTIES
- EMPLOYMENT INFO: NONE
- OTHER: RECEIVES MONEY FROM A PRIOR MARRIAGE ED SETTLEMENT $REDACTED $REDACTED/YR PLUS ADD'L INCOME FROM UNITRUST $REDACTED/YR

**RECOMMENDATION**
DEFENDANT IS TO PAY $59,153.82 FORTHWITH OR MCCF 6MOS- ELIG FOR WORK RELEASE-
THIS AMOUNT REPRESENTED BALANCE DUE AS OF JUNE 2016.

Submitted By: LINDA S. WALTZ                                    Date: 8/10/16