**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Marla J. Green                     :
          Debtor          :     CHAPTER 11
                          :     BKY. NO. 16-15344 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of James DiDio, and index same on the master mailing list.

Re:   Spousal Support Order and Pending Domestic Relations Claims:
*James DiDio v. Marla Green DiDio,* Montgomery County, Pennsylvania, Court of Common Pleas Docket No. 2014-27093

          Respectfully submitted,

          Law Offices of Andrew Teitelman P.C.

          By: /s/Andrew Teitelman
              Andrew Teitelman
              380 Red Lion Road, Suite 103
              Huntingdon Valley, PA  19006
              Ph:   (267) 255-6864
              Fx:   (215) 434-7491
              Email: ateitelman@teitelaw.com.com
              *Attorneys for James DiDio*

Dated: September 7, 2016