Certificate of Notice    Page 1 of 2

```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
```

In re:                                                      Case No. 16-15344-elf
Marla J. Green                                              Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: John                 Page 1 of 1                  Date Rcvd: Oct 14, 2016
                              Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 16, 2016.
db             +Marla J. Green,    1320 Monk Road,    Gladwyne, PA 19035-1313

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2016                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 14, 2016 at the address(es) listed below:
              ANDREW   TEITLEMAN    on behalf of Creditor James    DiDio ateitelman@teitelaw.com
              CAROL B. MCCULLOUGH    on behalf of Debtor Marla J. Green mcculloughesenberg@gmail.com,
               G25217@notify.cincompass.com
              CSU - OUCTS, PA Department of Labor and Industry    ra-li-beto-bankreading@state.pa.us
              DAVE P. ADAMS    on behalf of U.S. Trustee    United States Trustee dave.p.adams@usdoj.gov
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              STUART A. EISENBERG    on behalf of Debtor Marla J. Green mcculloughesenberg@gmail.com,
               mlawoffice@aol.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD MILLER    on behalf of Creditor    M&T Bank wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                             TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | MARLA GREEN | : | Chapter 11 |
| | | : | |
| | Debtor | : | Bky. No. 16-15344 ELF |

## O R D E R

AND NOW, upon consideration of the Debtor's Motion for Stay of Proceedings ("the Motion") (Doc. # 45), and the request for an expedited hearing thereon,, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **GRANTED** with respect to the Debtor's request that James E. Didio and/or the Montgomery County Domestic Relations Section be stayed from prosecuting the contempt proceeding presently scheduled in the Court of Common Pleas, Montgomery County on **November 1, 2016**.

2. The request for an expedited hearing is **DENIED** with respect to the Debtor's Motion to Reject Executory Contract (Doc. # 46). A hearing on that Motion shall be scheduled in accordance with L.B.R. 9014-3 and 5070-1.

3. A hearing to consider the request described in Paragraph 1 above is scheduled on **October 27 , 2016 , at 9;00 a.m. , in the United States Bankruptcy Court, 900 Market Street, 2nd Floor, Courtroom No. 1, Philadelphia, Pennsylvania, 19107**.

4. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

5. The Debtor shall serve the Motion and this Order on the individual Respondent(s) by overnight mail, facsimile transmission or e-mail transmission **no later than 5:00 p.m. on October 17, 2016** . Service under this Paragraph is effective if made to each party identified above through the court's CM/ECF system.

6. Prior to the hearing, the Movant shall file a Certification setting forth compliance with the service requirements of Paragraph 5 above as applicable.

**Date: October 14, 2016**

**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**