# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 11** |
| | : | |
| **MARLA GREEN** | : | **NO. 16-15344 ELF** |

## ORDER

AND NOW, this ___ day of October, 2016, upon consideration of the Debtor's Motion to Stay Proceedings (the "Motion") in the matter of *James DiDio v. Marla Green*, Number 14-27093, in the Court of Common Pleas of Montgomery County, Pennsylvania (the "Montgomery County Action"), the response thereto, and a hearing on the matter, it is hereby

ORDERED AND DECREED that the Motion is GRANTED and all proceedings in the Montgomery County Action are hereby STAYED until further Order of this Court, and it is

FURTHER ORDERED AND DECREED that Respondent, James DiDio, shall file a Motion for Relief from the Automatic Stay to be scheduled for November 30, 2016, the same date scheduled for a hearing on the Motion of Debtor, Marla Green, to Reject Arbitration Agreement, and it is

FURTHER ORDERED AND DECREED that, if Debtor, Marla Green, shall not have "cured" all post-petition support arrears by the hearing scheduled for November 30, 2016, relief from the automatic stay shall be

granted to permit the said James DiDio to seek enforcement of post-bankruptcy petition Domestic Support Obligations by the Court of Common Pleas of Montgomery County, Pennsylvania.

BY THE COURT:

_____
ERIC L. FRANK
CHIEF BANKRUPTCY JUDGE

