IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                :    CHAPTER 11
                                      :
MARLA GREEN                           :    NO.  16-15344 ELF

# ORDER

AND NOW, this  31st   day of October, 2016, upon consideration of the Debtor's Motion to Stay Proceedings (the "Motion") in the matter of *James DiDio v. Marla Green*, Number 14-27093, in the Court of Common Pleas of Montgomery County, Pennsylvania (the "Montgomery County Action"), the response thereto, and upon agreement of the parties, it is hereby

**ORDERED** that the proceedings in the Mongomery County Action, including the hearing scheduled on November 1, 2016, are **STAYED** pending further Order of this Court, and it is

FURTHER **ORDERED** that Respondent, James DiDio, may file a Motion for Relief from the Automatic Stay, which shall be heard on **November 30, 2016**, **PROVIDED THAT** it is filed on or before **November 16, 2016**

FURTHER **ORDERED** that, if Debtor, Marla Green, shall not have "cured" all post-petition support arrears by the hearing scheduled for **November 30, 2016**, relief from the automatic stay shall be

granted to permit the said James DiDio to seek enforcement of post-bankruptcy petition Domestic Support Obligations in the Court of Common Pleas of Montgomery County, Pennsylvania.

Nothing in this Order limits the potential available relief that James DiDio may request in a motion for relief from the automatic stay or the relief available to any other party in interest.

_____
ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE