United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Marla J. Green  
    Debtor

Case No. 16-15344-elf  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Oct 31, 2016  
                       Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2016.  
db          +Marla J. Green,    1320 Monk Road,    Gladwyne, PA 19035-1313  
cr          +James DiDio,    800 Mill Creek Road,    Gladwyn, PA 19035-1523

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2016                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2016 at the address(es) listed below:  
         ANDREW TEITLEMAN    on behalf of Creditor James DiDio ateitelman@teitelaw.com  
         CAROL B. MCCULLOUGH    on behalf of Debtor Marla J. Green mccullougheisenberg@gmail.com, G25217@notify.cincompass.com  
         CSU - OUCTS, PA Department of Labor and Industry     ra-li-beto-bankreading@state.pa.us  
         DAVE P. ADAMS    on behalf of U.S. Trustee    United States Trustee dave.p.adams@usdoj.gov  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
         STUART A. EISENBERG    on behalf of Debtor Marla J. Green mccullougheisenberg@gmail.com, mlawoffice@aol.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM EDWARD MILLER    on behalf of Creditor    M&T Bank wmiller@sterneisenberg.com, bkecf@sterneisenberg.com  
                                                                                                                  TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                :    CHAPTER 11
                                      :
MARLA GREEN                           :    NO. 16-15344 ELF

# ORDER

AND NOW, this 31st day of October, 2016, upon consideration of the Debtor's Motion to Stay Proceedings (the "Motion") in the matter of *James DiDio v. Marla Green*, Number 14-27093, in the Court of Common Pleas of Montgomery County, Pennsylvania (the "Montgomery County Action"), the response thereto, and upon agreement of the parties, it is hereby

**ORDERED** that the proceedings in the Mongomery County Action, including the hearing scheduled on November 1, 2016, are **STAYED** pending further Order of this Court, and it is

FURTHER **ORDERED** that Respondent, James DiDio, may file a Motion for Relief from the Automatic Stay, which shall be heard on **November 30, 2016**, **PROVIDED THAT** it is filed on or before **November 16, 2016**

FURTHER **ORDERED** that, if Debtor, Marla Green, shall not have "cured" all post-petition support arrears by the hearing scheduled for **November 30, 2016**, relief from the automatic stay shall be

granted to permit the said James DiDio to seek enforcement of post-bankruptcy petition Domestic Support Obligations in the Court of Common Pleas of Montgomery County, Pennsylvania.

Nothing in this Order limits the potential available relief that James DiDio may request in a motion for relief from the automatic stay or the relief available to any other party in interest.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**