# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| MARLA GREEN, | : | CASE NO. 16-15344-elf |
| | : | |
| Debtor | : | |

## REQUEST FOR NOTICES AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE THAT** the Elliott Greenleaf, P.C., a party in interest, hereby requests, through their undersigned counsel, in accordance with Bankruptcy Rules 2002, 9007, 9010, 9013 and 9014 and the Bankruptcy Code, 11 U.S.C. 101, *et seq.*, that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings be served upon:

Brian R. Elias, Esquire
**ELLIOTT GREENLEAF, P.C.**
Union Meeting Corporate Center V
925 Harvest Drive, Suite 300
Blue Bell, PA 19422

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any petition, application, complaint, demand, hearing, motion, pleading or request, whether formal or informal, written or oral, transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy or otherwise.

OF COUNSEL:
ELLIOTT GREENLEAF, P.C.

/s/ Brian R. Elias
BRIAN R. ELIAS
Union Meeting Corporate Center V
925 Harvest Drive, Suite 300
Blue Bell, PA 19422
215-977-1000
bre@elliottgreenleaf.com

## **CERTIFICATE OF SERVICE**

I, Brian R. Elias, Esquire, hereby certify that on the 9th day of November, 2016, I caused the foregoing to be filed electronically with the Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic Filing constituting service of the filed document upon all of the parties required by the Federal Rules of Bankruptcy Procedure and all parties that have requested service of papers in this case.

/s/ Brian R. Elias