```
                UNITED STATES BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
                           11/23/16
```

To: CAROL B. MCCULLOUGH
McCullough Eisenberg, LLC
65 W. Street Road
Suite A-204
Warminister, PA 18974

                                In re: Marla J. Green
                                Bankruptcy No. 16-15344-elf
                                Adversary No.
                                Chapter 11

    Re:  Application to Employ Emily Marchese as Real Estate Agent

The above pleading was filed in this office on **11/15/16.** Please be advised that the following document(s) has (have) not been filed as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court:

        ()    Affidavit
        ()    Certificate of Service
        (xx)  Certification of no response
        ()    Notice pursuant to Rule 9019
        ()    Notice pursuant to Rule 2002
        ()    Notice pursuant to Rule 3007.1
        ()    Proof of Claim number not noted on
              objection pursuant to Rule 3007.1(a)
        ()    Proposed Order
        ()    Stipulation
        ()    Certification of Default
        ()    $30.00 Filing Fee for Amendments
        ()    $25.00 Claims Transfer Fee
        ()    Other

In order for this matter to proceed to disposition, please submit the above noted item(s) to this office within ten (10) days from the date of this notice. Otherwise, the matter will be referred to the Court.

                                Timothy B. McGrath
                                Clerk

                                By: __C. Wagner_____
                                     Deputy Clerk

status.frm
(rev. 4/26/13)