UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:      MARLA GREEN            :      Chapter 11
                                   :
            Debtor                 :      Bky. No. 16-15344 ELF

# O R D E R

**AND NOW**, after a hearing held on **November 28, 2016**, and for the reasons stated in court, it is hereby **ORDERED** that:

1. The Debtor's Motion to Reject Lease or Executory Contract (Doc. # 46) is **DENIED**.

2. The Debtor shall file all outstanding monthly operating reports **on or before December 1, 2016**. Failure to do so shall result in the immediate dismissal of this bankruptcy case. See 11 U.S.C. §1112(b)(4)(E), (F).

3. If creditor James DiDio files an objection to the Debtor's Application to Employ Emily Marchese as Real Estate Agent (Doc. # 66) **on or before December 1, 2016**, a hearing on the Application will be held on **December 28, 2016**, at **11:00 a.m.**

4. If creditor James DiDio files a motion to dismiss this case **on or before December 1, 2016**, a hearing on the motion will be held on **December 28, 2016**, at **11:00 a.m.**

Date: **November 28, 2016**

ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE