IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Marla J. Green             :
         Debtor    :    CHAPTER 11
                  :    BKY. NO. 16-15344 ELF

## ORDER

AND NOW, this 28th day of November, 2016, upon consideration of the Motion for Relief From Stay of Proceedings to Enforce Domestic Support Obligations ("the "Motion") filed by James DiDio ("DiDio"), and after a hearing, and for the reasons stated in court, it is hereby

**ORDERED** that the Motion is **GRANTED**, and it is

**ORDERED** that the automatic stay is **VACATED** with respect to all matters related to Domestic Support Obligations due to DiDio that fell due postpetition, and it is

**ORDERED** that DiDio may proceed in and be enforce all of his rights under applicable nonbankruptcy law with respect to postpetition Domestic Support obligations, including the collection of such obligations from property of the estate, and it is

**ORDERED** that Fed. R. Bank. P. 4001(a)(3) shall not apply to this Order.

_____
ERIC L. FRANK,
CHIEF UNITED STATES BANKRUPTCY JUDGE