United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 16-15344-elf
Marla J. Green                                                                       Chapter 11
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW              Page 1 of 1              Date Rcvd: Nov 28, 2016
                   Form ID: pdf900              Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 30, 2016.
db             +Marla J. Green,    1320 Monk Road,    Gladwyne, PA 19035-1313
cr             +James DiDio,    800 Mill Creek Road,    Gladwyn, PA 19035-1523

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2016                                          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 28, 2016 at the address(es) listed below:
      ANDREW TEITLEMAN    on behalf of Creditor James  DiDio ateitelman@teitelaw.com
      BRIAN R. ELIAS    on behalf of Creditor   Elliott Greenleaf, P.C. bre@elliottgreenleaf.com,
       jmp@elliottgreenleaf.com;edpaservice@elliottgreenleaf.com;breerse@hotmail.com
      CAROL B. MCCULLOUGH    on behalf of Debtor Marla J. Green mcculloughheisenberg@gmail.com,
       G25217@notify.cincompass.com
      CSU - OUCTS, PA Department of Labor and Industry    ra-li-beto-bankreading@state.pa.us
      DAVE P. ADAMS    on behalf of U.S. Trustee    United States Trustee dave.p.adams@usdoj.gov
      DENISE ELIZABETH CARLON    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com
      JAY E. KIVITZ    on behalf of Creditor   The Bancorp Bank jkivitz@kivitzandkivitz.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      STUART A. EISENBERG    on behalf of Debtor Marla J. Green mcculloughheisenberg@gmail.com,
       mlawoffice@aol.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM EDWARD MILLER    on behalf of Creditor   M&T Bank wmiller@sterneisenberg.com,
       bkecf@sterneisenberg.com
                                                                                                                                                                                               TOTAL: 12

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:        MARLA GREEN            :    Chapter 11
                                     :
              Debtor                 :    Bky. No. 16-15344 ELF

# O R D E R

**AND NOW**, after a hearing held on **November 28, 2016**, and for the reasons stated in court, it is hereby **ORDERED** that:

1. The Debtor's Motion to Reject Lease or Executory Contract (Doc. # 46) is **DENIED**.

2. The Debtor shall file all outstanding monthly operating reports **on or before December 1, 2016**.  Failure to do so shall result in the immediate dismissal of this bankruptcy case.  See 11 U.S.C. §1112(b)(4)(E), (F).

3. If creditor James DiDio files an objection to the Debtor's Application to Employ Emily Marchese as Real Estate Agent (Doc. # 66) **on or before December 1, 2016**, a hearing on the Application will be held on **December 28, 2016**, **at 11:00 a.m.**

4. If creditor James DiDio files a motion to dismiss this case **on or before December 1, 2016**, a hearing on the motion will be held on **December 28, 2016**, **at 11:00 a.m.**

Date: **November 28, 2016**

ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE