United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-15344-elf
Marla J. Green                                                      Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: ChrissyW         Page 1 of 1          Date Rcvd: Nov 28, 2016
                           Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 30, 2016.
db             +Marla J. Green,   1320 Monk Road,   Gladwyne, PA 19035-1313
cr             +James DiDio,   800 Mill Creek Road,   Gladwyn, PA 19035-1523

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2016                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 28, 2016 at the address(es) listed below:
          ANDREW  TEITELMAN    on behalf of Creditor James  DiDio ateitelman@teitelaw.com
          BRIAN R. ELIAS    on behalf of Creditor   Elliott Greenleaf, P.C. bre@elliottgreenleaf.com,
           jmp@elliottgreenleaf.com;edpaservice@elliottgreenleaf.com;breerse@hotmail.com
          CAROL B. MCCULLOUGH    on behalf of Debtor Marla J. Green mccullougheisenberg@gmail.com,
           G25217@notify.cincompass.com
          CSU - OUCTS, PA Department of Labor and Industry    ra-li-beto-bankreading@state.pa.us
          DAVE P. ADAMS    on behalf of U.S. Trustee   United States Trustee dave.p.adams@usdoj.gov
          DENISE ELIZABETH CARLON    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com
          JAY E. KIVITZ    on behalf of Creditor   The Bancorp Bank jkivitz@kivitzandkivitz.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          STUART A. EISENBERG    on behalf of Debtor Marla J. Green mccullougheisenberg@gmail.com,
           mlawoffice@aol.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM EDWARD MILLER    on behalf of Creditor   M&T Bank wmiller@sterneisenberg.com,
           bkecf@sterneisenberg.com
                                                                              TOTAL: 12

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Marla J. Green                  :
                    Debtor         :        CHAPTER 11
                                   :        BKY. NO. 16-15344 ELF

### ORDER

AND NOW, this 28th    day of    November       ,2016, upon consideration of the

Motion for Relief From Stay of Proceedings to Enforce Domestic Support Obligations

("the "Motion") filed by James DiDio ("DiDio")*,* and after a hearing, and for the reasons stated in court,  it

is hereby

ORDERED that the Motion is **GRANTED**, and it is

ORDERED  that the automatic stay is **VACATED** with respect to all matters related to

Domestic Support Obligations due to DiDio that fell due postpetition, and it is

ORDERED that DiDio may proceed in and be enforce all of his rights under applicable

nonbankruptcy law with respect to postpetition Domestic Support obligations, including the collection of

such obligations from property of the estate, and it is

ORDERED that Fed. R. Bank. P. 4001(a)(3) shall not apply to this Order.

_____
ERIC L. FRANK,
CHIEF UNITED STATES BANKRUPTCY JUDGE