UNITED STATES BANKRUPTCY COURT
Eastern DISTRICT OF Pennsylvania

In re MARLA GREEN
Debtor

Case No. 16-15344 ELF

## INITIAL MONTHLY OPERATING REPORT
File report and attachments with Court and submit copy to United States Trustee within 15 days after order for relief.

Certificates of insurance must name United States Trustee as a party to be notified in the event of policy cancellation.
Bank accounts and checks must bear the name of the debtor, the case number, and the designation "Debtor in Possession."
Examples of acceptable evidence of Debtor in Possession Bank accounts include voided checks, copy of bank deposit
agreement/certificate of authority, signature card, and/or corporate checking resolution.

| | | |
|---|---|---|
| 12-Month Cash Flow Projection (Form IR-1) | 1,530,000 EST. * | |
| **Certificates of Insurance:** | | |
| Workers Compensation | N/A | |
| Property | | See attached |
| General Liability  $10,000,000 | | See attached |
| Vehicle | N/A  no car | |
| Other: | | |
| Identify areas of self-insurance w/liability caps | N/A | |
| **Evidence of Debtor in Possession Bank Accounts** | | |
| Tax Escrow Account | N/A | |
| General Operating Account | $830.00 | |
| Money Market Account pursuant to Local Rule 4001-3 for the | N/A | |
| District of Delaware only. Refer to: | N/A | |
| http://www.deb.uscourts.gov/ | | |
| Other: | | |
| Retainers Paid (Form IR-2) | $20,000 | Stuart |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the documents attached
are true and correct to the best of my knowledge and belief.

_Marla Green_     _October 27, 2016_
Signature of Debtor     Date

_____     _____
Signature of Joint Debtor     Date

_____     _____
Signature of Authorized Individual*     Date

_____     _____
Printed Name of Authorized Individual     Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

FORM IR
(4/07)

In re **MARLA GREEN**   Case No. **16-15-344 ELF**
Debtor

## CASH FLOW PROJECTIONS FOR THE 12 MONTH PERIOD: JULY 28, 2016 through JULY 27, 2017

This schedule must be filed with the Court and a copy submitted to the United States Trustee within 15 days after the order for relief. Amended cash flow projections should be submitted as necessary.

| | Month July | Month Aug | Month Sept | Month Oct | Month Nov | Month Dec | Month Jan | Month Feb | Month March | Month April | Month May | Month June | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash Beginning of Month | | | | | | | | | | | | | |
| **RECEIPTS** | | | | | | | | | | | | | |
| ~~CASH SALES~~ | | | | | | | | | | | | | |
| ~~ACCOUNTS RECEIVABLE~~ | | | | | | | | | | | | | |
| ~~LOANS AND ADVANCES~~ | | | | | | | | | | | | | |
| ~~SALE OF ASSETS~~ | | | | | | | | | | | | | |
| ~~OTHER (ATTACH LIST)~~ | | | | | | | | | | | | | |
| **TOTAL RECEIPTS** | | | | | | | | | | | | | |
| **DISBURSEMENTS** | | | | | | | | | | | | | |
| ~~PAYROLL~~ | | | 2,450 | | | | | | | | | | |
| ~~PAYROLL TAXES~~ PAYROLL | 32.00 | 32.00 | 32.00 | 32.00 | 32.00 | | | | | | | | |
| ~~SALES, USE, AND OTHER TAXES~~ | | | | | | | | | | | | | |
| ~~INVENTORY PURCHASES~~ | | | | | | | | | | | | | |
| ~~SECURED/RENTAL LEASES~~ | | | 12,850 | 13,268 | | | | | | | | | |
| INSURANCE | | | | | | | | | | | | | |
| ADMINISTRATIVE & SELLING | 40,000 | 10,000 | 375 | ? | ? | ? | ? | | | | | | |
| OTHER (ATTACH LIST) | | | 325 | | | | | | | | | | |
| PROFESSIONAL FEES | | | | | | | | | | | | | |
| U.S. TRUSTEE FEES | | | | | | | | | | | | | |
| COURT COSTS | | | | | | | | | | | | | |
| **TOTAL DISBURSEMENTS** | | | | | | | | | | | | | |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | | | | | | |
| **Cash End of Month** | | | | | | | | | | | | | |

FORM IR-1 (4/07)

From: **Dig, Anita Anita.Dig@marsh.com**
Subject: **FW: Proof of Insurance**
Date: **Oct 27, 2016, 4:13:43 PM**
To: **Marla Green (marlajgreen2015@gmail.com)** marlajgreen2015@gmail.com

**Hi Marla:**
**AIG received a payment of $12,880.75 on 10/25/2016 so all is current and up to date. AIG sent out the next invoice to you today for a minimum payment of $13,268.75 due 11/24/2016. Your account balance/full payment would is $14,552. This is the final payment till May 24, 2017. I've attached a copy of this invoice but a copy has been mailed out to you.**
**You have excess liability coverage which extends over your three residences only for $10,000,000.**
**Please feel free to call me should you have any questions.**

**Kindest regards,**
**Anita**
**Anita DiGiovanniantonio-Fabrizio | Vice President**
**Marsh | Private Client Services | Three Logan Square | 1717 Arch Street, Philadelphia, PA 19103**
**215 246 1490 | fax: 212-948-0636| cell: 484-431-6988**
**anita.dig@marsh.com    www.marshpcs.com | Marsh USA INC**

# TD Bank

America's Most Convenient Bank®        T        STATEMENT OF ACCOUNT

3615-MTD0104t100816052906-000000

MARLA J GREEN  
DIP CASE 16-15344 EDPA  
1320 MONK RD  
GLADWYNE PA  19035-1313

Page:                                    1 of 2  
Statement Period:   Sep 13 2016-Oct 10 2016  
Cust Ref #:  
Primary Account #:

## TD Convenience Checking

MARLA J GREEN  
DIP CASE 16-15344 EDPA

Account #

| ACCOUNT SUMMARY | | | |
|---|---|---|---|
| Beginning Balance | 0.00 | Average Collected Balance | 883.04 |
| Deposits | 883.04 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 28 |
| Ending Balance | 883.04 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 9/13 | DEPOSIT | 883.04 |
| | Subtotal: | 883.04 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE |
|---|---|
| 9/13 | 0.00 |
| 9/13 | 883.04 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

**From:** Marla Green <marlajgreen2015@gmail.com>
**To:** Stuart Eisenberg <mlawoffice@aol.com>
**Subject:** DETAIL BEHIND SUMMARY
**Date:** Wed, Nov 30, 2016 12:23 pm

BANKING
CONTRACTING SERVICES
EMPLOYMENT (PAYROLL TAXES)

HEALTH CARE
DOCTORS
DENTIST
SPECIALTY
VET CARE (BELLA)

INSURANCE
HEALTH
AUTO
HOME OWNERS

LEGAL

COMMUNICATIONS
CABLE & INTERNET COMM
INTERNET SERVICES
MOBILE PHONE

ENTERTAINMENT
GENERAL EVENTS
OTHER ENTERTAINMENT
RESTAURANT
SPORTS EVENTS

MERCHANDISE & SUPPLIES
APPLIANCES
ACCESSORIES
BOOK STORES/LIBRARY
CLOTHING
COMPUTER SUPPLIES
DEPARTMENT STORES
ELECTRONICS STORES
FLORISTS & GARDEN
FURNISHING (C0LLEGE GOODS)
GENERAL RETAIL
GROCERIES
HARDWARE SUPPLIES
OFFICE SUPPLIES
INTERNET PURCHASE
MAIL ORDER
MUSIC & VIDEO
PHARMACIES
SPORTING GOODS STORES
WHOLESALE STORES

OTHER
CHARITIES
EDUCATION
DRY CLEANING

HEALTH BEAUTY AND FITNESS

<u>MISCELLANEOUS</u>

<u>HOME MAINTENANCE</u>
POOL
HANDYMAN
GENERAL REPAIRS
PLUMBING
ELECTRICIAN
EXTERMINATING
HVAC
MIA
LANDSCAPING

<u>UTILITIES</u>
WATER
GAS
ELECTRIC

<u>TRANSPORTATION</u>
AIR SERVICES
AUTO SERVICES
FUEL
OTHER TRANSPORTATION
PARKING CHARGES
RAIL SERVICES
TAXIS & COACH
TOLLS & FEES
VEHICLE LEASING RENTAL
TRAVEL
AIRLINE
LODGING
TRAVEL AGENCIES

<u>TOTAL</u>

Marla Green
case# 16-15-344-ELF

Case 16-15344-elf    Doc 91    Filed 12/01/16    Entered 12/01/16 10:26:17    Desc Main
Document      Page 7 of 8

**From:** Marla Green <marlajgreen2015@gmail.com>
**To:** Stuart Eisenberg <mlawoffice@aol.com>
**Subject:** INCOME=EXPENSES
**Date:** Wed, Nov 30, 2016 12:17 pm

Income=Expenses

July 28-31,2016…... $169

August 1-31,2016….. $80,305

September 1-30……..$35,240

October 1-31…………$58,~~???~~ 447

*THESE NUMBERS ARE COMPRISED OF AMERICAN EXPRESS BILLS, TD CHECKING (statements attached) AND OTHER BILLS APPROVED FROM THE TRUST

**THE INCOME SHOWN IS ACTUALLY DERIVED FROM THE BILLS APPROVED BY THE TRUSTEE AND A CHECK OR WIRE FOR PAYMENT OF APPROVED EXPENSES ARE FACILITATED BT THE HAVERFORD TRUST COMPANY.

The 2007 Maria J. Green Trust
Matthew H. Kamens, Trustee
Record of approved expenditures

Trust distribution year, 3/14/16 to 3/13/17

| Date approved | Payee | Detail | Amount | Payment method |
|---|---|---|---|---|
| 8/5/16 | McCullough Eisenberg LLC | Retainer per fee agreement | $20,000.00 | Haverford Trust account |
| 8/11/16 | AIG | Insurance installment invoice dated 8/1/16 (past due) | $13,297.00 | Haverford Trust account |
| 8/11/16 | Alber-Haff Parking Service, Inc. | Invoice dated 5/16/16 re: pre prom parking | $1,410.00 | Haverford Trust account |
| 8/11/16 | Beth Triester Photography | Invoice dated 5/16/16 re: pre prom photos | $900.00 | Haverford Trust account |
| 8/11/16 | Gitto Electric Co., Inc. | Invoice dated 7/22/16 | $267.50 | Haverford Trust account |
| 8/11/16 | Law Office of Michael Kuldiner | Legal invoice dated 8/11/16 to replenish retainer | $20,000.00 | Haverford Trust account |
| 8/11/16 | LDiscovery, LLC | Legal invoice dated 5/31/16 re: iPhone image and analysis | $1,500.00 | Haverford Trust account |
| 8/11/16 | McGowan Landscaping | Invoice dated 8/4/16 re: Margate property | $2,937.16 | Haverford Trust account |
| 8/11/16 | Samuel C. Stretton, Esq. | Legal invoice through 5/27/16 | $1,012.50 | Haverford Trust account |
| 8/11/16 | Trident Pools | Invoice dated 6/22/16 | $2,487.50 | Haverford Trust account |
| 8/24/16 | American Express | Invoice due 8/25/16 | $11,725.05 | Haverford Trust account |
| 9/16/16 | Michael Kuldiner, P.C. | Retainer replenishment | $10,000.00 | Haverford Trust account |
| 9/16/16 | American Express | Invoice dated 9/9/16 | $22,127.56 | Haverford Trust account |
| 10/5/16 | Neiman Marcus Capital One | Invoice dated 6/3/16 | $1,009.86 | Haverford Trust account |
| 10/5/16 | McLoughlin Plumbing & Heating | Invoice dated 8/16/16 | $6,926.00 | Haverford Trust account |
| 10/5/16 | Bernie Fox Plumbing | Invoice dated 9/26/16 | $242.60 | Haverford Trust account |
| 10/5/16 | McGowan Landscaping | Invoice dated 8/16/16 | $3,227.85 | Haverford Trust account |
| 10/5/16 | PECO | Invoice dated 9/2/16 | $1,914.71 | Haverford Trust account |
| 10/5/16 | Nazmije Collaku | Invoice for services 9/10-10/7/16 | $2,591.44 | Haverford Trust account |
| 10/16/16 | Cozen O'Connor | Invoice dated 10/11/16 | $1,877.50 | Haverford Trust account |
| 10/17/16 | US DOJ | Chapter 11 quarterly fees statement dated 10/5/16 | $325.00 | Haverford Trust account |
| 10/17/16 | Old Gladwyne Hardware & Pet S | Invoice dated 10/6/16 | $476.58 | Haverford Trust account |
| 10/17/16 | Nazmije Collaku | Invoice for services 10/8-10/21/16 | $1,295.72 | Haverford Trust account |
| 10/17/16 | PECO | Invoice dated 10/3/16 | $1,279.69 | Haverford Trust account |
| 10/17/16 | Gladwyne Market | Invoice dated 8/31/16 | $387.16 | Haverford Trust account |
| 10/17/16 | David Nicholas Building & Prope | Invoice dated 10/3/16 | $1,284.00 | Haverford Trust account |
| 10/17/16 | Love Dirt LLC | Invoice dated 9/28/16 | $947.50 | Haverford Trust account |
| 10/17/16 | AIG | Reminder notice dated 10/3/16 | $12,880.75 | Haverford Trust account |
| 10/17/16 | Scott D. Kerber | Invoice dated 10/17/16 handyman | $75.00 | Haverford Trust account |
| 10/19/16 | American Express | Invoice due 10/25/16 | $16,032.21 | Haverford Trust account |
| | | **TOTAL payments** | $240,153.35 | |
| | | **2016-17 Unitrust amount** | $341,302.36 | |
| | | **Balance of Unitrust amount remaining** | $101,149.01 | |