EXPENSE SUMMARY

CASE #16-15-344-ELF

MONTH August 1-31, 2016

NAME Marla J Green

OTHER:

BANKING $ statement attached $4770

HEALTH CARE $ 315

INSURANCE $ 13,297

LEGAL $ 42,524

COMMUNICATIONS $ 2839

ENTERTAINMENT $ 1,157

MERCHANDISE & SUPPLIES $ 9,808

MISCELLANEOUS $ 3293

HOME MAINTENANCE $ 9,636

UTILITIES $ 1960

TRANSPORTATION $ 3488

TOTAL $ 80,305

https://mail.aol.com/webmail-std/en-us/PrintMessage        11/30/2016

 **Bank**

America's Most Convenient Bank®      STATEMENT OF ACCOUNT

MARLA J GREEN

Aug 1-31

Page: 3 of 3
Statement Period: Jul 04 2016-Aug 03 2016
Cust Ref #:
Primary Account #:

## DAILY ACCOUNT ACTIVITY

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 7/5 | DEBIT CARD PAYMENT, *****45116666575, AUT 070316 VISA DDA PUR PENNENVIRONMENT 800 4016511 * CO | 15.00 |
| 7/7 | ACH DEBIT, BREEDLOVE PAYROLL 7716925 | 647.86 |
| 7/7 | ACH DEBIT, UNITEDHEALTHONE INS. PREM. ****50332 | 308.04 |
| 7/8 | ACH DEBIT, BREEDLOVE FEES 7783771 | 225.00 |
| 7/11 | NONTD ATM DEBIT, *****45116666575, AUT 071016 DDA WITHDRAW 910 BAY AVENUE SOMERS POINT * NJ | 123.25 |
| 7/11 | NONTD ATM FEE | 3.00 |
| 7/13 | ACH DEBIT, BREEDLOVE PAYROLL 7810352 | 647.86 |
| 7/18 | ACH DEBIT, BREEDLOVE TAX 7870451 | 448.99 |
| 7/20 | ACH DEBIT, BREEDLOVE PAYROLL 7886345 | 647.86 |
| 7/27 | ACH DEBIT, BREEDLOVE PAYROLL 7950462 | 647.86 |
| 7/28 | DEBIT CARD PURCHASE, *****45116666575, AUT 072716 VISA DDA PUR SUMMIT FINANCIAL EDUCATI 800 780 5965 * AZ | 29.95 |
| 7/28 | DEBIT CARD PURCHASE, *****45116666575, AUT 072716 VISA DDA PUR DOWNBEACH LIQUORS MARGATE * NJ | 127.57 |
| 7/29 | ELECTRONIC PMT-WEB, S.J.GAS WEB_PAY ****0816071216 | 11.10 |
| 8/1 | ELECTRONIC PMT-WEB, AQUA ONLINE PMT AQ01QD92 | 246.00 |
| 8/2 | ELECTRONIC PMT-WEB, ATLANTIC CITY EL UTILITYPMT ****7605532 | 1,000.00 |
| 8/3 | DEBIT CARD PURCHASE, *****45116666575, AUT 080216 VISA DDA PUR SP THE MUDROOM STUDI ARDMORE * PA | 84.80 |
| 8/3 | ACH DEBIT, BREEDLOVE PAYROLL 7969423 | 647.86 |
| | Subtotal: | 5,862.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 7/3 | 25,394.72 | 7/22 | 9,830.02 |
| 7/5 | 12,458.72 | 7/27 | 9,182.16 |
| 7/7 | 11,502.82 | 7/28 | 9,024.64 |
| 7/8 | 11,277.82 | 7/29 | 9,013.54 |
| 7/11 | 10,385.87 | 8/1 | 8,767.54 |
| 7/13 | 11,125.17 | 8/2 | 7,767.54 |
| 7/18 | 10,589.18 | 8/3 | 7,034.88 |
| 7/20 | 9,941.32 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


**Bank**
America's Most Convenient Bank®        E        STATEMENT OF ACCOUNT

MARLA J GREEN
1320 MONK RD
GLADWYNE PA  19035-1313

Page: 1 of 2
Statement Period: Aug 04 2016-Sep 03 2016
Cust Ref #:
Primary Account #:

## TD Convenience Checking
MARLA J GREEN                                                                 Account # 

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 7,034.88 | Average Collected Balance | 5,743.43 |
| | | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 3,038.52 | Days in Period | 31 |
| Ending Balance | 3,996.36 | | |

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $70.00 |
| Total Returned Item Fees (NSF) | $0.00 | $70.00 |

### DAILY ACCOUNT ACTIVITY

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 8/4 | DEBIT CARD PAYMENT, *****45116666575, AUT 080316 VISA DDA PUR PENNENVIRONMENT    800 4016511  * CO | 15.00 |
| 8/10 | ACH DEBIT, BREEDLOVE PAYROLL 8004131 | 647.86 |
| 8/17 | ACH DEBIT, BREEDLOVE PAYROLL 8024732 | 647.86 |
| 8/24 | ACH DEBIT, BREEDLOVE PAYROLL 8044129 | 647.86 |
| 8/25 | DEBIT CARD PURCHASE, *****45116666575, AUT 082316 VISA DDA PUR SUSHI SEI        ARDMORE      * PA | 30.27 |
| 8/29 | ELECTRONIC PMT-WEB, S.J.GAS WEB_PAY ****1301081016 | 37.92 |
| 8/30 | DEBIT CARD PURCHASE, *****45116666575, AUT 082916 VISA DDA PUR THE ULTIMATE BAKE SHOPPE   ARDMORE    * PA | 8.15 |
| 8/31 | DEBIT CARD PURCHASE, *****45116666575, AUT 082916 VISA DDA PUR SUSHI SEI        ARDMORE      * PA | 13.24 |
| 8/31 | DEBIT CARD PURCHASE, *****45116666575, AUT 083016 VISA DDA PUR FILIA SPORTS LLC     610 306 5219 * PA | 170.00 |
| 8/31 | ACH DEBIT, BREEDLOVE PAYROLL 8063466 | 647.86 |
| 8/31 | ELECTRONIC PMT-WEB, AQUA ONLINE PMT AQ01TVSC | 172.50 |
| | Subtotal: | 3,038.52 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 8/3 | 7,034.88 | 8/25 | 5,046.03 |
| 8/4 | 7,019.88 | 8/29 | 5,008.11 |
| 8/10 | 6,372.02 | 8/30 | 4,999.96 |
| 8/17 | 5,724.16 | 8/31 | 3,996.36 |
| 8/24 | 5,076.30 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

In re **Marla Green**
　　　Debtor

Case No. **16-15344-elf**
Reporting Period: **Aug 1 - 31, 2016**

## SCHEDULE OF RETAINERS PAID TO PROFESSIONALS
(This schedule is to include each Professional paid a retainer [1])

| Professional | Date | Amount | | | | |
|---|---|---|---|---|---|---|
| Stuart Eisenberg | 8/5/16 | Haverford Trust for Marla Green | 20,000 | | | |

[1] Identify all Evergreen Retainers

Form IR-2
(4/07)

UNITED STATES BANKRUPTCY COURT
__Eastern__ DISTRICT OF __PA__

In re __Marla Green__

Case No. __16-15344 elf__
Reporting Period: __Aug 1-31, 2016__

**MONTHLY OPERATING REPORT**
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| | | | | |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | | | |
| Schedule of Professional Fees Paid | MOR-1b | 46,308 ✓ | | |
| Copies of bank statements | | | | |
| Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | | | |
| Balance Sheet | MOR-3 | | | |
| Status of Postpetition Taxes | MOR-4 | | | |
| Copies of IRS Form 6123 or payment receipt  N/A | | | | |
| Copies of tax returns filed during reporting period  N/A | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | | |
| Listing of aged accounts payable | MOR-4 | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | | |
| Debtor Questionnaire | MOR-5 | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

__Marla Green__  __November 1, 2016__
Signature of Debtor            Date

_____  _____
Signature of Joint Debtor       Date

_____  _____
Signature of Authorized Individual*   Date

_____  _____
Printed Name of Authorized Individual   Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

MOR
(04/07)  2

In re **Maila Green**
Debtor

Case No. **16-15344 elf**
Reporting Period: **Aug 1-31, 2016**

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | | | | | | | | |
| CASH SALES | | | | | | | | |
| ACCOUNTS RECEIVABLE | | | | | | | | |
| LOANS AND ADVANCES | | | | | | | | |
| SALE OF ASSETS | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| TRANSFERS (FROM DIP ACCTS) | | | | | | | | |
| TOTAL RECEIPTS | | | | | | | | |
| NET PAYROLL | 3,239 | | | | | | | |
| PAYROLL TAXES | | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | | | |
| INVENTORY PURCHASES | | | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| INSURANCE | | | | | | | | |
| ADMINISTRATIVE | | | | | | | | |
| SELLING | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| OWNER DRAW * | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
| PROFESSIONAL FEES | 40,308 | | | | | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | | | | | | |
| COURT COSTS | | | | | | | | |
| TOTAL DISBURSEMENTS | | | | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| CASH - END OF MONTH | | | | | | | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

| | |
|---|---|
| TOTAL DISBURSEMENTS | $ |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | $ |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $ |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $ |

FORM MOR-1
(04/07)

3

In re **Marla Green**
      Debtor

Case No. **16-15344 elf**
Reporting Period: **Aug 1-31, 2016**

## BANK RECONCILIATIONS
Continuation Sheet for MOR-1

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

| BALANCE PER BOOKS | # | | # | | # | | # | |
|---|---|---|---|---|---|---|---|---|
| BANK BALANCE | 3038 | | | | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | | N/A | | | | | |
| OTHER (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | | | | | | | | |
| * Adjusted bank balance must equal balance per books | | | | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| | | | | | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount |
| | | | | | | | | |
| **OTHER** | | | | | | | | |

FORM MOR-1a
(04-07)

In re **Marla Green**
_____
Debtor

Case No. **16-15344-elf**
Reporting Period: **Aug 1-31, 2016**

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Richwell M ~~$20.00~~ | | | | | | | | | | |
| Expert Witness $1000 | | | | | | | | | | |
| Discovery $15.00 | | | | | | | | | | |

p. 5

FORM MOR-1b (04/07)

In re **Marla Green**
_____
Debtor

Case No. **16-15344 elf**
Reporting Period.: **Aug 1-31, 2016**

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| | | |
|---|---|---|
| Gross Revenues | $ | $ |
| Less: Returns and Allowances | | |
| Net Revenue | $ | $ |
| Beginning Inventory | | |
| Add: Purchases | | |
| Add: Cost of Labor | | |
| Add: Other Costs (attach schedule) | | |
| Less: Ending Inventory | | |
| Cost of Goods Sold | | |
| Gross Profit | | |
| Advertising | | |
| Auto and Truck Expense | | |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Programs | | |
| Insider Compensation* | | |
| Insurance | | |
| Management Fees/Bonuses | | |
| Office Expense | | |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | | |
| Rent and Lease Expense | | |
| Salaries/Commissions/Fees | | |
| Supplies | | |
| Taxes - Payroll | | |
| Taxes - Real Estate | | |
| Taxes - Other | | |
| Travel and Entertainment | | |
| Utilities | | |
| Other (attach schedule) | | |
| Total Operating Expenses Before Depreciation | | |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | | |
| Other Income (attach schedule) | | |
| Interest Expense | | |
| Other Expense (attach schedule) | | |
| Net Profit (Loss) Before Reorganization Items | | |
| Professional Fees | | |
| U. S. Trustee Quarterly Fees | | |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| Net Profit (Loss) | $ | $ |

(N/A marked across all value cells)

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-2
(04/07)

6.

In re **Marla Green**
   Debtor

Case No. **16-15344 elf**
Reporting Period: **Aug 1-31, 2016**

## STATEMENT OF OPERATIONS - continuation sheet



**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

FORM MOR-2 CONT'D 7
(04/07)

In re **Marla Green**
Debtor

Case No. **16-15344 elf**
Reporting Period: **Aug 1-31, 2016**

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | | |
|---|---|---|
| Unrestricted Cash and Equivalents | | |
| Restricted Cash and Cash Equivalents (see continuation sheet) | | |
| Accounts Receivable (Net) | | |
| Notes Receivable | | |
| Inventories | | |
| Prepaid Expenses | | |
| Professional Retainers | | |
| Other Current Assets (attach schedule) | | |
| TOTAL CURRENT ASSETS | $ | $ |
| Real Property and Improvements | Same as filing date | |
| Machinery and Equipment | | |
| Furniture, Fixtures and Office Equipment | | |
| Leasehold Improvements | | |
| Vehicles | | |
| Less Accumulated Depreciation | | |
| TOTAL PROPERTY & EQUIPMENT | $ | $ |
| Loans to Insiders* | | |
| Other Assets (attach schedule) | | |
| TOTAL OTHER ASSETS | $ | $ |

| LIABILITIES AND OWNER EQUITY | | |
|---|---|---|
| Accounts Payable | | |
| Taxes Payable (refer to FORM MOR-4) | | |
| Wages Payable | | |
| Notes Payable | | |
| Rent / Leases - Building/Equipment | | |
| Secured Debt / Adequate Protection Payments | | |
| Professional Fees | | |
| Amounts Due to Insiders* | | |
| Other Postpetition Liabilities (attach schedule) | | |
| TOTAL POSTPETITION LIABILITIES | $ | $ |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| TOTAL PRE-PETITION LIABILITIES | $ | $ |
| TOTAL LIABILITIES | $ | $ |
| Capital Stock | | |
| Additional Paid-In Capital | | |
| Partners' Capital Account | | |
| Owner's Equity Account | | |
| Retained Earnings - Pre-Petition | | |
| Retained Earnings - Postpetition | | |
| Adjustments to Owner Equity (attach schedule) | | |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | | |
| NET OWNER EQUITY | $ | $ |

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-3
(04/07)

8

In re   Debtor Marla Green                                    Case No. 16-15344 elf
                                                              Reporting Period: Aug 1-31, 2016

## BALANCE SHEET - continuation sheet



Restricted Cash is cash that is restricted for a specific use and not available to fund operations. Typically, restricted cash is segregated into a separate account, such as an escrow account.

FORM MOR-3 CONT'D
(04/07)

9.

In re Marla Green
  Debtor

Case No. 16-15344 elf
Reporting Period: Aug 1-31, 2016

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | | | | | | |
|---|---|---|---|---|---|---|
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | |
| Total Taxes | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | | | | | |
|---|---|---|---|---|---|---|
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| Total Postpetition Debts | | | | | | |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(04/07)

10

In re Marla Green
Debtor

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | | |
| + Amounts billed during the period | | |
| - Amounts collected during the period | N/A | |
| Total Accounts Receivable at the end of the reporting period | | |

| Accounts Receivable Aging | | |
|---|---|---|
| 0 - 30 days old | | |
| 31 - 60 days old | | |
| 61 - 90 days old | | |
| 91+ days old | N/A | |
| Total Accounts Receivable | | |
| Amount considered uncollectible (Bad Debt) | | |
| Accounts Receivable (Net) | | |

## DEBTOR QUESTIONNAIRE

| Question | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | ✓ |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | ✓ |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | In progress | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | ✓ | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | ✓ |

FORM MOR-5
(04/07)

N/A

## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name:_____     Bank:_____

Bankruptcy Number:_____     Account Number:_____

Date of Confirmation:_____     Account Type:_____

Reporting Period (month/year):_____

    Beginning Cash Balance:     $_____

All receipts received by the debtor:

    Cash Sales:     $_____

    Collection of Accounts Receivable:     $_____

    Proceeds from Litigation (settlement or otherwise):     $_____

    Sale of Debtor's Assets:     $_____

    Capital Infusion pursuant to the Plan:     $_____

    Total of cash received:     $_____

Total of cash available:     $_____

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

    Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals:     $_____

    Disbursements made pursuant to the administrative claims of bankruptcy professionals:     $_____

    All other disbursements made in the ordinary course:     $_____

    Total Disbursements     $_____

Ending Cash Balance     $_____

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____     _____
Date             Name/Title

Debtor:_____

Case Number:_____

12.

N/A

| ASSETS | | |
|---|---|---|
| Cash (Unrestricted) | | |
| Cash (Restricted) | | |
| Accounts Receivable (Net) | | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Attach List) | | |
| Total Current Assets | | |
| | | |
| Real Property & Improvements | | |
| Machinery & Equipment | | |
| Furniture, fixtures & Office Equipment | | |
| Vehicles | | |
| Leasehold Improvements | | |
| Less: Accumulated Depreciation/Depletion | | |
| Total Property, Plant & Equipment | | |
| Due from Affiliates & Insiders | | |
| Other (Attach List) | | |
| Total Assets | | |
| | | |
| Accounts Payable | | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional Fees | | |
| Secured Debt | | |
| Due to Affiliates & Insiders | | |
| Other (Attach List) | | |
| Total Postpetition Liabilities | | |
| | | |
| Secured Debt - Per Plan | | |
| Priority Debt - Per Plan | | |
| Unsecured Debt - Per Plan | | |
| Other (Attach List) - Per Plan | | |
| Total Pre-petition Liabilities | | |
| Total Liabilities | | |
| | | |
| Common Stock | | |
| Retained Earnings (Deficit) | | |
| Total Equity (Deficit) | | |
| Total Liabilities & Owners' Equity | | |

13.

# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MARLA J GREEN

Page: 3 of 3
Statement Period: Jul 04 2016-Aug 03 2016
Cust Ref #:
Primary Account #:

## DAILY ACCOUNT ACTIVITY

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 7/5 | DEBIT CARD PAYMENT, *****45116666575, AUT 070316 VISA DDA PUR PENNENVIRONMENT    800 4016511  * CO | 15.00 |
| 7/7 | ACH DEBIT, BREEDLOVE PAYROLL 7716925 | 647.86 |
| 7/7 | ACH DEBIT, UNITEDHEALTHONE INS. PREM. ****50332 | 308.04 |
| 7/8 | ACH DEBIT, BREEDLOVE FEES 7783771 | 225.00 |
| 7/11 | NONTD ATM DEBIT, *****45116666575, AUT 071016 DDA WITHDRAW 910 BAY AVENUE    SOMERS POINT * NJ | 123.25 |
| 7/11 | NONTD ATM FEE | 3.00 |
| 7/13 | ACH DEBIT, BREEDLOVE PAYROLL 7810352 | 647.86 |
| 7/18 | ACH DEBIT, BREEDLOVE TAX 7870451 | 448.99 |
| 7/20 | ACH DEBIT, BREEDLOVE PAYROLL 7886345 | 647.86 |
| 7/27 | ACH DEBIT, BREEDLOVE PAYROLL 7950462 | 647.86 |
| 7/28 | DEBIT CARD PURCHASE, *****45116666575, AUT 072716 VISA DDA PUR SUMMIT FINANCIAL EDUCATI  800 780 5965 * AZ | 29.95 |
| 7/28 | DEBIT CARD PURCHASE, *****45116666575, AUT 072716 VISA DDA PUR DOWNBEACH LIQUORS    MARGATE   * NJ | 127.57 |
| 7/29 | ELECTRONIC PMT-WEB, S.J.GAS WEB_PAY ****0816071216 | 11.10 |
| 8/1 | ELECTRONIC PMT-WEB, AQUA ONLINE PMT AQ01QD92 | 246.00 |
| 8/2 | ELECTRONIC PMT-WEB, ATLANTIC CITY EL UTILITYPMT ****7605532 | 1,000.00 |
| 8/3 | DEBIT CARD PURCHASE, *****45116666575, AUT 080216 VISA DDA PUR SP  THE MUDROOM STUDI   ARDMORE   * PA | 84.80 |
| 8/3 | ACH DEBIT, BREEDLOVE PAYROLL 7969423 | 647.86 |
| | Subtotal: | 5,862.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 7/3 | 25,394.72 | 7/22 | 9,830.02 |
| 7/5 | 12,458.72 | 7/27 | 9,182.16 |
| 7/7 | 11,502.82 | 7/28 | 9,024.64 |
| 7/8 | 11,277.82 | 7/29 | 9,013.54 |
| 7/11 | 10,385.87 | 8/1 | 8,767.54 |
| 7/13 | 11,125.17 | 8/2 | 7,767.54 |
| 7/18 | 10,589.18 | 8/3 | 7,034.88 |
| 7/20 | 9,941.32 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# TD Bank
America's Most Convenient Bank®



E    STATEMENT OF ACCOUNT

MARLA J GREEN
1320 MONK RD
GLADWYNE PA 19035-1313

Page: 1 of 2
Statement Period: Aug 04 2016-Sep 03 2016
Cust Ref #: ############***
Primary Account #: ##########

## TD Convenience Checking
MARLA J GREEN

Account ###########

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 7,034.88 | Average Collected Balance | 5,743.43 |
| | | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 3,038.52 | Days in Period | 31 |
| Ending Balance | 3,996.36 | | |

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $70.00 |
| Total Returned Item Fees (NSF) | $0.00 | $70.00 |

### DAILY ACCOUNT ACTIVITY

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 8/4 | DEBIT CARD PAYMENT, *****45116666575, AUT 080316 VISA DDA PUR PENNENVIRONMENT    800 4016511  * CO | 15.00 |
| 8/10 | ACH DEBIT, BREEDLOVE PAYROLL 8004131 | 647.86 |
| 8/17 | ACH DEBIT, BREEDLOVE PAYROLL 8024732 | 647.86 |
| 8/24 | ACH DEBIT, BREEDLOVE PAYROLL 8044129 | 647.86 |
| 8/25 | DEBIT CARD PURCHASE, *****45116666575, AUT 082316 VISA DDA PUR SUSHI SEI    ARDMORE    * PA | 30.27 |
| 8/29 | ELECTRONIC PMT-WEB, S.J.GAS WEB_PAY ****1301081016 | 37.92 |
| 8/30 | DEBIT CARD PURCHASE, *****45116666575, AUT 082916 VISA DDA PUR THE ULTIMATE BAKE SHOPPE   ARDMORE    * PA | 8.15 |
| 8/31 | DEBIT CARD PURCHASE, *****45116666575, AUT 082916 VISA DDA PUR SUSHI SEI    ARDMORE    * PA | 13.24 |
| 8/31 | DEBIT CARD PURCHASE, *****45116666575, AUT 083016 VISA DDA PUR FILIA SPORTS LLC    610 306 5219 * PA | 170.00 |
| 8/31 | ACH DEBIT, BREEDLOVE PAYROLL 8063466 | 647.86 |
| 8/31 | ELECTRONIC PMT-WEB, AQUA ONLINE PMT AQ01TVSC | 172.50 |
| | Subtotal: | 3,038.52 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 8/3 | 7,034.88 | 8/25 | 5,046.03 |
| 8/4 | 7,019.88 | 8/29 | 5,008.11 |
| 8/10 | 6,372.02 | 8/30 | 4,999.96 |
| 8/17 | 5,724.16 | 8/31 | 3,996.36 |
| 8/24 | 5,076.30 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender