CASE #16-15-344-ELF

MONTH October 1-31, 2016

NAME Marla J Green

OTHER:

BANKING $ — see attached

HEALTH CARE $ 2493

INSURANCE $ 12 880

LEGAL $ 325

COMMUNICATIONS $ 1836

ENTERTAINMENT $ 885

MERCHANDISE & SUPPLIES $ 8303

MISCELLANEOUS $

HOME MAINTENANCE $ 24,178

UTILITIES $ 5000

TRANSPORTATION $ 2542

TOTAL $ 58,447

In re **Marla Green**
_____
Debtor

Case No. **16-15344 elf**
Reporting Period: **Oct 1 - 31, 2016**

## SCHEDULE OF RETAINERS PAID TO PROFESSIONALS
(This schedule is to include each Professional paid a retainer [1])

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Payee | | | | | | | | |
| H. Lochstreet | | | | | | | | |

[1] Identify all Evergreen Retainers

Form IR-2
(4/07)

UNITED STATES BANKRUPTCY COURT
_Eastin_ DISTRICT OF __PA__

In re Marla Green

Case No. 16-15344 elf
Reporting Period: Oct 1 - 31, 2016

## MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| | |
|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a |
| Schedule of Professional Fees Paid | MOR-1b |
| Copies of bank statements | |
| Cash disbursements journals | |
| Statement of Operations | MOR-2 |
| Balance Sheet | MOR-3 |
| Status of Postpetition Taxes | MOR-4 |
| Copies of IRS Form 6123 or payment receipt | |
| Copies of tax returns filed during reporting period | |
| Summary of Unpaid Postpetition Debts | MOR-4 |
| Listing of aged accounts payable | MOR-4 |
| Accounts Receivable Reconciliation and Aging | MOR-5 |
| Debtor Questionnaire | MOR-5 |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_[signature]_
Signature of Debtor

_November 1, 2016_
Date

_____
Signature of Joint Debtor

_____
Date

_____
Signature of Authorized Individual*

_____
Date

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

MOR
(04/07)

2

In re:  MailaGreen
_____
Debtor

Case No. 16-15344 elf
Reporting Period: Oct 1-31, 2016

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **CASH BEGINNING OF MONTH** | | | | | | | | |
| | | | | | | | | |
| CASH SALES | | | | | | | | |
| ACCOUNTS RECEIVABLE | | | | | | | | |
| LOANS AND ADVANCES | | | | | | | | |
| SALE OF ASSETS | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| TRANSFERS (FROM DIP ACCTS) | | | | | | | | |
| | | | | | | | | |
| TOTAL RECEIPTS | | | | | | | | |
| | | | | | | | | |
| NET PAYROLL | 2.591.20 | | | | | | | |
| PAYROLL TAXES | | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | | | |
| INVENTORY PURCHASES | | | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| INSURANCE | | | | | | | | |
| ADMINISTRATIVE | | | | | | | | |
| SELLING | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| | | | | | | | | |
| OWNER DRAW * | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
| | | | | | | | | |
| PROFESSIONAL FEES | | | | | | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | | | | | | |
| COURT COSTS | | | | | | | | |
| TOTAL DISBURSEMENTS | | | | | | | | |
| | | | | | | | | |
| NET CASH FLOW | | | | | | | | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| | | | | | | | | |
| CASH - END OF MONTH | | | | | | | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

| | |
|---|---|
| TOTAL DISBURSEMENTS | $ |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | $ |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $ |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $ |

In re Marla Green

Debtor

Case No. 16-15344 elf
Reporting Period: Oct 1-31, 2016

## BANK RECONCILIATIONS

Continuation Sheet for MOR-1

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

| | # | | # | | # | | # | |
|---|---|---|---|---|---|---|---|---|
| **BALANCE PER BOOKS** | | | | | | | | |
| **BANK BALANCE** | | | | | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | | | | | | | |
| OTHER (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | | | | | | | | |
| * Adjusted bank balance must equal | | | | | | | | |
| balance per books | | | | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **OTHER** | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

In re Marla Green
Debtor

Case No. 16-15344elf
Reporting Period Oct. 1 - 31, 2016

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.



No attorney
H. Baldwin        $2,364.5
Trustee Fee       $10,000
(Quarterly)       $325

FORM MOR-1b
(04/07)

5

In re Marla Green
_____
Debtor

Case No. 16-15344 elf
Reporting Period.: Oct 1-31, 2016

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| | | |
|---|---|---|
| Gross Revenues | | |
| Less: Returns and Allowances | $ | $ |
| Net Revenue | | |
| | $ | $ |
| Beginning Inventory | | |
| Add: Purchases | | |
| Add: Cost of Labor | | |
| Add: Other Costs (attach schedule) | | |
| Less: Ending Inventory | | |
| Cost of Goods Sold | | |
| Gross Profit | | |
| Advertising | | |
| Auto and Truck Expense | | |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Programs | | |
| Insider Compensation* | | |
| Insurance | | |
| Management Fees/Bonuses | | |
| Office Expense | | |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | | |
| Rent and Lease Expense | | |
| Salaries/Commissions/Fees | | |
| Supplies | | |
| Taxes - Payroll | | |
| Taxes - Real Estate | | |
| Taxes - Other | | |
| Travel and Entertainment | | |
| Utilities | | |
| Other (attach schedule) | | |
| Total Operating Expenses Before Depreciation | | |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | | |
| Other Income (attach schedule) | | |
| Interest Expense | | |
| Other Expense (attach schedule) | | |
| Net Profit (Loss) Before Reorganization Items | | |
| Professional Fees | | |
| U. S. Trustee Quarterly Fees | | |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| Net Profit (Loss) | $ | $ |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re Marla Green
Debtor

Case No. 16-15344 elf
Reporting Period: Oct. 1-31, 2016

## STATEMENT OF OPERATIONS - continuation sheet



**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the
bankruptcy proceeding, should be reported as a reorganization item.

In re Marla Green 
_____
Debtor

Case No. 16-15344 elf
Reporting Period: Oct 1 -31, 2016

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from postpetition obligations.

| | | |
|---|---|---|
| Unrestricted Cash and Equivalents | | |
| Restricted Cash and Cash Equivalents (see continuation sheet) | | |
| Accounts Receivable (Net) | | |
| Notes Receivable | | |
| Inventories | | |
| Prepaid Expenses | | |
| Professional Retainers | | |
| Other Current Assets (attach schedule) | | |
| TOTAL CURRENT ASSETS | $ | $ |
| Real Property and Improvements | | |
| Machinery and Equipment | | |
| Furniture, Fixtures and Office Equipment | | |
| Leasehold Improvements | | |
| Vehicles | | |
| Less Accumulated Depreciation | | |
| TOTAL PROPERTY & EQUIPMENT | $ | $ |
| Loans to Insiders* | | |
| Other Assets (attach schedule) | | |
| TOTAL OTHER ASSETS | $ | $ |
| | | |
| | | |
| Accounts Payable | | |
| Taxes Payable (refer to FORM MOR-4) | | |
| Wages Payable | | |
| Notes Payable | | |
| Rent / Leases - Building/Equipment | | |
| Secured Debt / Adequate Protection Payments | | |
| Professional Fees | | |
| Amounts Due to Insiders* | | |
| Other Postpetition Liabilities (attach schedule) | | |
| TOTAL POSTPETITION LIABILITIES | $ | $ |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| TOTAL PRE-PETITION LIABILITIES | $ | $ |
| TOTAL LIABILITIES | $ | $ |
| Capital Stock | | |
| Additional Paid-In Capital | | |
| Partners' Capital Account | | |
| Owner's Equity Account | | |
| Retained Earnings - Pre-Petition | | |
| Retained Earnings - Postpetition | | |
| Adjustments to Owner Equity (attach schedule) | | |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | | |
| NET OWNER EQUITY | $ | $ |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re    Debtor Marla Green

Case No. 16-15344 elf
Reporting Period: Oct. 1-31, 2016

**BALANCE SHEET - continuation sheet**



Restricted Cash is cash that is restricted for a specific use and not available to fund operations. Typically, restricted cash is segregated into a separate account, such as an escrow account.

FORM MOR-3 CONT'D
(04/07)    9

In re  Marla Green
Debtor

Case No. 16-15344 elf
Reporting Period: Oct 1 - 31, 2016

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | | | | | |
|---|---|---|---|---|---|
| Withholding | | | | | |
| FICA-Employee | | | | | |
| FICA-Employer | | | | | |
| Unemployment | | | | | |
| Income | | | | | |
| Other: | | | | | |
| Total Federal Taxes | | | | | |
| Withholding | | | | | |
| Sales | | | | | |
| Excise | | | | | |
| Unemployment | | | | | |
| Real Property | | | | | |
| Personal Property | | | | | |
| Other: | | | | | |
| Total State and Local | | | | | |
| Total Taxes | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | | | | |
|---|---|---|---|---|---|
| Accounts Payable | | | | | |
| Wages Payable | | | | | |
| Taxes Payable | | | | | |
| Rent/Leases-Building | | | | | |
| Rent/Leases-Equipment | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | |
| Professional Fees | | | | | |
| Amounts Due to Insiders* | | | | | |
| Other: | | | | | |
| Other: | | | | | |
| Total Postpetition Debts | | | | | |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re _Marla Green_
      Debtor

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| | | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | | |
| + Amounts billed during the period | | |
| - Amounts collected during the period | | |
| Total Accounts Receivable at the end of the reporting period | | |
| | | |

| | | |
|---|---|---|
| 0 - 30 days old | | |
| 31 - 60 days old | | |
| 61 - 90 days old | | |
| 91+ days old | | |
| Total Accounts Receivable | | |
| Amount considered uncollectible (Bad Debt) | | |
| Accounts Receivable (Net) | | |

(N/A handwritten across both tables)

## DEBTOR QUESTIONNAIRE

| | | |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | |
| 3. Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | | |
| 5. Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | |

N/A

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name:_____          Bank:_____

Bankruptcy Number:_____          Account Number:_____

Date of Confirmation:_____          Account Type:_____

Reporting Period (month/year):_____

    Beginning Cash Balance:                    $_____

All receipts received by the debtor:

    Cash Sales:                                $_____

    Collection of Accounts Receivable:         $_____

    Proceeds from Litigation (settlement or otherwise):   $_____

    Sale of Debtor's Assets:                   $_____

    Capital Infusion pursuant to the Plan:     $_____

    Total of cash received:                    $_____

Total of cash available:                       $_____

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

    Disbursements made under the plan, excluding the administrative
    claims of bankruptcy professionals:        $_____

    Disbursements made pursuant to the administrative claims of
    bankruptcy professionals:                  $_____

    All other disbursements made in the ordinary course:   $_____

    Total Disbursements                        $_____

Ending Cash Balance                            $_____

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct
to the best of my knowledge and belief.

_____          _____
Date                     Name/Title

Debtor:_____

Case Number:_____

12

N/A

| ASSETS | | |
|---|---|---|
| Cash (Unrestricted) | | |
| Cash (Restricted) | | |
| Accounts Receivable (Net) | | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Attach List) | | |
| Total Current Assets | | |
| | | |
| Real Property & Improvements | | |
| Machinery & Equipment | | |
| Furniture, fixtures & Office Equipment | | |
| Vehicles | | |
| Leasehold Improvements | | |
| Less: Accumulated Depreciation/Depletion | | |
| Total Property, Plant & Equipment | | |
| Due from Affiliates & Insiders | | |
| Other (Attach List) | | |
| Total Assets | | |
| | | |
| Accounts Payable | | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional Fees | | |
| Secured Debt | | |
| Due to Affiliates & Insiders | | |
| Other (Attach List) | | |
| Total Postpetition Liabilities | | |
| | | |
| Secured Debt - Per Plan | | |
| Priority Debt - Per Plan | | |
| Unsecured Debt - Per Plan | | |
| Other (Attach List) - Per Plan | | |
| Total Pre-petition Liabilities | | |
| Total Liabilities | | |
| | | |
| Common Stock | | |
| Retained Earnings (Deficit) | | |
| Total Equity (Deficit) | | |
| Total Liabilities & Owners' Equity | | |

13.



**Bank**

America's Most Convenient Bank®



3615-MTD0104t100816052906-000000

MARLA J GREEN
DIP CASE 16-15344 EDPA
1320 MONK RD
GLADWYNE PA  19035-1313

T    STATEMENT OF ACCOUNT

Page:                                    1 of 2
Statement Period:    Sep 13 2016-Oct 10 2016
Cust Ref #:
Primary Account #:

## TD Convenience Checking

MARLA J GREEN
DIP CASE 16-15344 EDPA

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 0.00 | | |
| Deposits | 883.04 | Average Collected Balance | 883.04 |
| | | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 883.04 | Days in Period | 28 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 9/13 | DEPOSIT | | 883.04 |
| | | Subtotal: | 883.04 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE |
|---|---|
| 9/13 | 0.00 |
| 9/13 | 883.04 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender