UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    MARLA GREEN           :    Chapter 11
                                :
         Debtor                 :    Bky. No. 16-15344 ELF

# O R D E R

**AND NOW,** the court having reviewed the monthly operating reports filed by the Debtor on **December 1, 2016**;

**AND**, there being a substantial question whether the reports demonstrate the Debtor's compliance with 11 U.S.C. §704(a)(2), (4), (7), (8) (as incorporated by 11 U.S.C. §106(a)(1));

**AND**, the reports indicating on their face that the Debtor has been paying professional fees without court approval in violation of 11 U.S.C. §§330, 331;

It is therefore **ORDERED** that

1. A hearing is scheduled on **December 28, 2016, at 11:00 a.m., in Bankruptcy Courtroom No. 1, U.S. Courthouse, 900 Market Street, Philadelphia, PA** to consider <u>SUA SPONTE DISMISSAL OF THE CHAPTER 11 CASE</u>[1] pursuant to 11 U.S.C. §1112(b)(1) and (4)(A), (B), (E), (F).

Date: December 1, 2016

_____
ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE

---

[1] See 11 U.S.C. §1112(b); In re Pagano Dev. Co., Inc., 2011 WL 5082203, at *3 (D.N.J. Oct. 25, 2011); In re Tennant, 318 B.R. 860, 869 (9th Cir. B.A.P. 2004); In re Camann, 2001 WL 1757075, at *2 (Bankr. D.N.H. Mar. 19, 2001).