United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Marla J. Green  
    Debtor

Case No. 16-15344-elf  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Dec 01, 2016  
                   Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2016.  
db          +Marla J. Green,    1320 Monk Road,    Gladwyne, PA 19035-1313

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2016                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2016 at the address(es) listed below:

         ANDREW TEITLEMAN    on behalf of Creditor James DiDio ateitelman@teitelaw.com  
         BRIAN R. ELIAS    on behalf of Creditor Elliott Greenleaf, P.C. bre@elliottgreenleaf.com, jmp@elliottgreenleaf.com;edpaservice@elliottgreenleaf.com;breerse@hotmail.com  
         CAROL B. MCCULLOUGH    on behalf of Debtor Marla J. Green mcculloughEisenberg@gmail.com, G25217@notify.cincompass.com  
         CSU - OUCTS, PA Department of Labor and Industry    ra-li-beto-bankreading@state.pa.us  
         DAVE P. ADAMS    on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov  
         DENISE ELIZABETH CARLON    on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com  
         JAY E. KIVITZ    on behalf of Creditor The Bancorp Bank jkivitz@kivitzandkivitz.com  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
         STUART A. EISENBERG    on behalf of Debtor Marla J. Green mcculloughEisenberg@gmail.com, mlawoffice@aol.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM EDWARD MILLER    on behalf of Creditor M&T Bank wmiller@sterneisenberg.com, bkecf@sterneisenberg.com  
                                                                                        TOTAL: 12

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     MARLA GREEN            :     Chapter 11
                                  :
           Debtor                 :     Bky. No. 16-15344 ELF

# O R D E R

**AND NOW,** the court having reviewed the monthly operating reports filed by the Debtor on **December 1, 2016**;

**AND**, there being a substantial question whether the reports demonstrate the Debtor's compliance with 11 U.S.C. §704(a)(2), (4), (7), (8) (as incorporated by 11 U.S.C. §106(a)(1));

**AND**, the reports indicating on their face that the Debtor has been paying professional fees without court approval in violation of 11 U.S.C. §§330, 331;

It is therefore **ORDERED** that

1. A hearing is scheduled on **December 28, 2016, at 11:00 a.m., in Bankruptcy Courtroom No. 1, U.S. Courthouse, 900 Market Street, Philadelphia, PA** to consider **SUA SPONTE DISMISSAL OF THE CHAPTER 11 CASE**[1] pursuant to 11 U.S.C. §1112(b)(1) and (4)(A), (B), (E), (F).

Date: **December 1, 2016**

_____
ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE

---

[1] See 11 U.S.C. §1112(b); In re Pagano Dev. Co., Inc., 2011 WL 5082203, at *3 (D.N.J. Oct. 25, 2011); In re Tennant, 318 B.R. 860, 869 (9th Cir. B.A.P. 2004); In re Camann, 2001 WL 1757075, at *2 (Bankr. D.N.H. Mar. 19, 2001).