*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Marla J. Green
    Debtor(s)

Case No: 16–15344–elf
Chapter: 11

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Application and Objection to Employ Emily Marchese as Real Estate Agent

    on: 12/28/16

    at: 11:00 AM

    in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  12/5/16

Timothy B. McGrath
Clerk of Court

108 – 99
Form 167