## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Marla J. Green              :
              Debtor    :    CHAPTER 11
                        :    BKY. NO. 16-15344 ELF

## NOTICE OF MOTION, RESPONSE DEADLINE
## AND HEARING DATE

     James DiDio has filed with the court a Motion for Relief from the Automatic Stay under Section 362(d) of the Bankruptcy Code.

     **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one, in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

     1.   If you do not want the court to grant the relief sought in the motion, then on or before December 23, 2016 you or your attorney must do all of the following:

        (a) file an answer explaining your position at:
           United States Bankruptcy Court
           Robert N.C. Nix Building
           900 Market Street, Suite 400
           Philadelphia, PA 19107-4299

If you mail your answer to the Bankruptcy Court Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above, and

        (b) mail a copy to the Movant's attorney:
           Andrew Teitelman
           Law Offices of Andrew Teitelman P.C.
           380 Red Lion Road, Suite 103
           Huntingdon Valley, PA  1900

     2.   If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

     3.   A hearing on the motion is scheduled to be held before the Honorable Chief Judge Eric L. Frank, United States Bankruptcy Judge, in Courtroom #1, at the United States Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Suite 400, Philadelphia, PA 19107 on Wednesday, December 28, 2016 at 11:00 a.m. or as soon thereafter as counsel be heard, to consider the motion.

4. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

By: /s/Andrew Teitelman
Andrew Teitelman
380 Red Lion Road, Suite 103
Huntingdon Valley, PA  19006
Ph:     (267) 255-6864
Fx:     (215) 434-7491
Email: ateitelman@teitelaw.com.com
*Attorneys for James DiDio*

Dated: December 5, 2016