United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 16-15344-elf
Marla J. Green                                                                          Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: ChrissyW              Page 1 of 1                 Date Rcvd: Dec 05, 2016
                              Form ID: 167              Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 07, 2016.
db            +Marla J. Green,    1320 Monk Road,    Gladwyne, PA 19035-1313
cr            +James DiDio,    800 Mill Creek Road,    Gladwyn, PA 19035-1523

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2016                                             Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 5, 2016 at the address(es) listed below:
        ANDREW  TEITLEMAN    on behalf of Creditor James  DiDio ateitelman@teitelaw.com
        BRIAN R. ELIAS    on behalf of Creditor    Elliott Greenleaf, P.C. bre@elliottgreenleaf.com,
        jmp@elliottgreenleaf.com;edpaservice@elliottgreenleaf.com;breerse@hotmail.com
        CAROL B. MCCULLOUGH    on behalf of Debtor Marla J. Green mcculloughheisenberg@gmail.com,
        G25217@notify.cincompass.com
        CSU - OUCTS, PA Department of Labor and Industry    ra-li-beto-bankreading@state.pa.us
        DAVE P. ADAMS    on behalf of U.S. Trustee    United States Trustee dave.p.adams@usdoj.gov
        DENISE ELIZABETH CARLON    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com
        JAY E. KIVITZ    on behalf of Creditor    The Bancorp Bank jkivitz@kivitzandkivitz.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
        bkgroup@kmllawgroup.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
        bkgroup@kmllawgroup.com
        STUART A. EISENBERG    on behalf of Debtor Marla J. Green mcculloughheisenberg@gmail.com,
        mlawoffice@aol.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM EDWARD MILLER    on behalf of Creditor    M&T Bank wmiller@sterneisenberg.com,
        bkecf@sterneisenberg.com
                                                                                 TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Marla J. Green
    Debtor(s)

Case No: 16–15344–elf
Chapter: 11

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank, United States Bankruptcy Judge to consider:

Application and Objection to Employ Emily Marchese as Real Estate Agent

on: 12/28/16

at: 11:00 AM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 12/5/16

Timothy B. McGrath
Clerk of Court

108 – 99
Form 167