```
              UNITED STATES BANKRUPTCY COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
                        12/12/16
```

To: CAROL B. MCCULLOUGH
McCullough Eisenberg, LLC
65 W. Street Road
Suite A-204
Warminister, PA 18974

                        In re: Marla Green
                        Bankruptcy No.  16-15344-elf
                        Adversary No.
                        Chapter 11

    Re:_Application to Employ Steven Coren, Esquire as Special Litigiation Counsel

The above pleading was filed in this office on 11/30/16.  Please be advised that the following document(s) has (have) not been filed as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court:

        ()    Affidavit
        ()    Certificate of Service
        (xx) Certification of no response
        ()    Notice pursuant to Rule 9019
        ()    Notice pursuant to Rule 2002
        ()    Notice pursuant to Rule 3007.1
        ()    Proof of Claim number not noted on
              objection pursuant to Rule 3007.1(a)
        ()    Proposed Order
        ()    Stipulation
        ()    Certification of Default
        ()    $30.00 Filing Fee for Amendments
        ()    $25.00 Claims Transfer Fee
        ()    Other

In order for this matter to proceed to disposition, please submit the above noted item(s) to this office within ten (10) days from the date of this notice.  Otherwise, the matter will be referred to the Court.

                                Timothy B. McGrath
                                Clerk

                                By: __C. Wagner_____
                                    Deputy Clerk

status.frm
(rev. 4/26/13)