United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-15344-elf
Marla J. Green                                                        Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Pamela           Page 1 of 1           Date Rcvd: Dec 15, 2016
                              Form ID: 167           Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2016.
```
db           +Marla J. Green,    1320 Monk Road,    Gladwyne, PA 19035-1313
cr           +Elliott Greenleaf, P.C.,    Elliott Greenleaf,    925 Harvest Drive,    Suite 300,
               Blue Bell, PA 19422-1956
cr            FOX ROTHSCHILD LLP,    2000 Market St.,    20th fl.,    Phila., PA  19103-3222
cr           +James DiDio,    800 Mill Creek Road,    Gladwyn, PA 19035-1523
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            E-mail/PDF: gecsedi@recoverycorp.com Dec 16 2016 02:12:22    Synchrony Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
               Miami, FL  33131-1605
cr           +E-mail/Text: gcummings@thebancorp.com Dec 16 2016 02:10:42    The Bancorp Bank,
               405 Silverside Rd., Suite 105,    Silverside-Carr Corporate Center,    Wilmington, DE 19809-1768
                                                                                              TOTAL: 2
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2016 at the address(es) listed below:
```
          ANDREW   TEITLEMAN    on behalf of Creditor James  DiDio ateitelman@teitelaw.com
          BRIAN R. ELIAS    on behalf of Creditor   Elliott Greenleaf, P.C. bre@elliottgreenleaf.com,
           jmp@elliottgreenleaf.com;edpaservice@elliottgreenleaf.com;breerse@hotmail.com
          CAROL B. MCCULLOUGH    on behalf of Debtor Marla J. Green mccullougheisenberg@gmail.com,
           G25217@notify.cincompass.com
          CSU - OUCTS, PA Department of Labor and Industry    ra-li-beto-bankreading@state.pa.us
          DAVE P. ADAMS    on behalf of U.S. Trustee    United States Trustee dave.p.adams@usdoj.gov
          DENISE ELIZABETH CARLON    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com
          JAY E. KIVITZ    on behalf of Creditor    The Bancorp Bank jkivitz@kivitzandkivitz.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          PRINCE ALTEE THOMAS    on behalf of Creditor    FOX ROTHSCHILD LLP pthomas@foxrothschild.com,
           brian-oneill-fox-5537@ecf.pacerpro.com
          STUART A. EISENBERG    on behalf of Debtor Marla J. Green mccullougheisenberg@gmail.com,
           mlawoffice@aol.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM EDWARD MILLER    on behalf of Creditor    M&T Bank wmiller@sterneisenberg.com,
           bkecf@sterneisenberg.com
                                                                                              TOTAL: 13
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Marla J. Green
    Debtor(s)

Case No: 16−15344−elf
Chapter: 11

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank, United States Bankruptcy Judge to consider:

Application to Employ Steven Coren, Esquire as Special Litigation Counsel Filed by Marla J. Green Represented by CAROL B. MCCULLOUGH

on: 12/28/16

at: 11:00 AM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

Date: 12/15/16

For The Court

Timothy B. McGrath
Clerk of Court

121 − 88
Form 167