# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Marla J. Green         :
         Debtor    :    CHAPTER 11
                 :    BKY. NO. 16-15344 ELF

## ORDER

AND NOW, this **28th day of December 2016**, upon consideration of the Motion to Dismiss Debtor's Chapter 11 Bankruptcy Petition filed by James DiDio, and with the consent of the Debtor, it is hereby **ORDERED** that the Motion is **GRANTED** and this case is **DISMISSED**.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**