United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-15344-elf
Marla J. Green                                                          Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: DonnaR            Page 1 of 2              Date Rcvd: Dec 28, 2016
                             Form ID: pdf900         Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2016.
```
db         +Marla J. Green,   1320 Monk Road,   Gladwyne, PA 19035-1313
cr         +Elliott Greenleaf, P.C.,   Elliott Greenleaf,   925 Harvest Drive,   Suite 300,
             Blue Bell, PA 19422-1956
cr          FOX ROTHSCHILD LLP,   2000 Market St.,   20th fl.,   Phila., PA  19103-3222
cr         +James DiDio,   800 Mill Creek Road,   Gladwyn, PA 19035-1523
13772485   +David Rasner,   C/o Fox Rothschild,   2000 Market St 20th Floor,   Philadelphia, PA 19103-3222
13772486   +Elliott Greenleaf, P.C,   925 Harvest Drive,   Suite 300,   Blue Bell, PA 19422-1956
13772487    Fingerman,   2 Penn Center Plaza,   Suite 1040,   Philadelphia, PA 19102
13795909   +Fox Rothschild LLP,   2000 Market Street, 20th Fl.,   Philadelphia, PA 19103-3222,
             Attn:  Prince Altee Thomas, Esquire
13835168   +Fox Rothschild LLP,   c/o Prince Altee Thomas,   2000 Market Street - Twentieth Floor,
             Philadelphia, PA 19103-3294
13772488    Karen Keating Mara,   434 Devon Park Drive,   Building 700,   Wayne, PA 19087
13772489    Lower Merion Township,   75 Lancaster Ave.,   Ardmore, PA 19003
13772490   +M &T Bancorp,   PO Box 62146,   Baltimore, MD 21264-2146
13774629   +M&T Bank,   c/o JOSHUA ISAAC GOLDMAN,   KML Law Group, P.C.,   701 Market Street,   Suite 5000,
             Philadelphia, PA 19106-1541
13772491    Mitchell Benson,   146 Montgomery Ave.,   Suite 300,   Bala Cynwyd, PA 19004-2956
13772492   +Redspark,   308 Irish Rd,   Berwyn, PA 19312-1067
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: bankruptcy@phila.gov Dec 29 2016 01:30:14    City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 29 2016 01:30:03
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 29 2016 01:30:10    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr          E-mail/PDF: gecsedi@recoverycorp.com Dec 29 2016 01:23:18    Synchrony Bank,
             c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
             Miami, FL  33131-1605
13822043   +E-mail/Text: bre@elliottgreenleaf.com Dec 29 2016 01:30:08    Brian Elias,
             Elliott Greenleaf, P.C.,   Suite 300,   925 Harvest Drive,   Blue Bell, PA 19422-1956
13835522   +E-mail/Text: bnc@bass-associates.com Dec 29 2016 01:29:54    Cavalry SPV I, LLC,
             c/o Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd., Suite 200,   Tucson, AZ 85712-1083
13778546   +E-mail/Text: cio.bncmail@irs.gov Dec 29 2016 01:29:56    INTERNAL REVENUE SERVICE,
             P O BOX 7346,   PHILADELPHIA PA 19101-7346
13780800    E-mail/Text: camanagement@mtb.com Dec 29 2016 01:29:57    M&T Bank,   1100 Wehrle Drive,
             Williamsville, NY 14221
13784225    E-mail/Text: camanagement@mtb.com Dec 29 2016 01:29:57    M&T Bank,   P.O. Box 840,
             Buffalo, NY 14240-0840
13795683   +E-mail/Text: bankruptcygroup@peco-energy.com Dec 29 2016 01:29:57    PECO Energy Company,
             Attn: Merrick Friel,   2301 Market Street, S23-1,   Philadelphia, PA 19103-1380
13777197    E-mail/PDF: rmscedi@recoverycorp.com Dec 29 2016 01:23:27
             Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
13813488   +E-mail/Text: gcummings@thebancorp.com Dec 29 2016 01:29:54    The Bancorp Bank,
             405 Silverside Road, Suite 105,   Silverside Carr Corporate Center,
             Wilmington, DE 19809-1768
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*        Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA  19101-7346
cr*        +The Bancorp Bank,   405 Silverside Rd., Suite 105,   Silverside-Carr Corporate Center,
             Wilmington, DE 19809-1768
13822044*  +Elliott Greenleaf, P.C.,   925 Harvest Drive,   Suite 300,   Blue Bell, PA 19422-1956
                                                                                 TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: DonnaR                 Page 2 of 2                  Date Rcvd: Dec 28, 2016
                              Form ID: pdf900              Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2016                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 28, 2016 at the address(es) listed below:
```
              ANDREW   TEITLEMAN     on behalf of Creditor James   DiDio ateitelman@teitelaw.com
              BRIAN R. ELIAS    on behalf of Creditor    Elliott Greenleaf, P.C. bre@elliottgreenleaf.com,
               jmp@elliottgreenleaf.com;edpaservice@elliottgreenleaf.com;breerse@hotmail.com
              CAROL B. MCCULLOUGH     on behalf of Debtor Marla J. Green mccullougheisenberg@gmail.com,
               G25217@notify.cincompass.com
              CSU - OUCTS, PA Department of Labor and Industry    ra-li-beto-bankreading@state.pa.us
              DAVE P. ADAMS    on behalf of U.S. Trustee    United States Trustee dave.p.adams@usdoj.gov
              DENISE ELIZABETH CARLON    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              JAY E. KIVITZ    on behalf of Creditor    The Bancorp Bank jkivitz@kivitzandkivitz.com
              JOSHUA ISAAC GOLDMAN     on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN     on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              PRINCE ALTEE THOMAS     on behalf of Creditor    FOX ROTHSCHILD LLP pthomas@foxrothschild.com,
               brian-oneill-fox-5537@ecf.pacerpro.com
              STUART A. EISENBERG     on behalf of Debtor Marla J. Green mccullougheisenberg@gmail.com,
               mlawoffice@aol.com
              THOMAS I. PULEO    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD MILLER    on behalf of Creditor    M&T Bank wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                             TOTAL: 14
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Marla J. Green           :
          Debtor     :    CHAPTER 11
                     :    BKY. NO. 16-15344 ELF

## ORDER

AND NOW, this **28th day of December 2016**, upon consideration of the Motion to Dismiss Debtor's Chapter 11 Bankruptcy Petition filed by James DiDio, and with the consent of the Debtor, it is hereby **ORDERED** that the Motion is **GRANTED** and this case is **DISMISSED**.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**